IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DOUGLAS HAYWORTH,          :
                                  :
      Plaintiff,             :
                                  :
v.                               :
                                  :
FULTON COUNTY SCHOOL    :        CIVIL ACTION NO.
SYSTEMS,                  :        1:15-cv-1619-AT
                                  :
      Defendant.         :

## ORDER

The parties filed a Joint Motion for Approval of Settlement of Claims Under the Fair Labor Standards Act along with their proposed Settlement Agreement and Release of Claims.  [Doc. 7].  In their motion, the parties provide detailed information regarding the manner in which the settlement amounts were calculated.  The Court has reviewed the Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11 Cir. 1982).  Based on this review, the Court finds that the settlement agreement constitutes a fair, reasonable, and adequate resolution of this action. **THEREFORE**, the Court **GRANTS** the Parties' Joint Motion for Approval of Settlement of Claims [Doc. 7] and **APRROVES** the Settlement Agreement and Release of Claims.   The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 17th day of August, 2015.

Amy Totenberg
**United States District Judge**